No. 74–170. ANDRINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–180. SIEGEL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–184. ROSS *v.* UNITED STATES ET AL. Ct. Cl. Certiorari denied.

No. 74–189. IM ET AL., MINORS, BY IM *v.* SAXBE, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–210. SHEPARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–228. TAYLOR *v.* UNITED STATES; and
No. 74–5285. HEARN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 496 F. 2d 236.

No. 74–233. DEPARTMENT OF TRANSPORTATION OF MARYLAND ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL.; and
No. 74–234. VIRGINIA *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 498 F. 2d 129.

No. 74–243. PACENTE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–247. SIMMONS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–266. TUCKER *v.* WIGGINS ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–271. FRESTA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–273. AFFILIATED FUND, INC., ET AL. *v.* PAPILSKY ET AL. C. A. 2d Cir. Certiorari denied.